| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2016
David J. Bradley, Clerk

Audrey K. Miller, §
§
    Plaintiff, §
§
versus §  Civil Actions H-15-2824
§  H-15-2927
§
Sam Houston State University, et al., §
§
    Defendants. §

## Case Management Order

1. Audrey K. Miller's claims against Texas State University System and University of Houston System are dismissed with prejudice.

2. By February 2, 2016, the parties must file a joint chronology as discussed at the conference.

3. By February 9, 2016, Sam Houston State University must produce:

   A. A flow chart of the tenure process and a brief description of each person on the committee in 2013.

   B. A chart of the clinical doctorate program in 2012 including: the clinical and teaching assignments for each professor in the program, their pay, and their performance records.

   C. A list of the professors on the tenure track and who were granted tenure in 2013 and 2014, including their qualifications.

4. By February 9, 2016, Miller must produce application documents and a description of the qualifications for each job she applied for since leaving Sam Houston State.

Signed on January 26, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge