United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Audrey K. Miller, § § § Plaintiff, § § versus § § University of Houston System, *et al.*, § § Defendants. § | Civil Action H-15-2927 |

## Final Judgment

1. Audrey K. Miller takes nothing from University of Houston Downtown.

2. Audrey K. Miller's claims against University of Houston System were dismissed on January 26, 2016.

Signed on September 30, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge