IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AUDREY K. MILLER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-2927 |
| | § | |
| **UNIVERSITY OF HOUSTON SYSTEM,** | § | |
| **AND UNIVERSITY OF HOUSTON-** | § | |
| **DOWNTOWN,** | § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

Plaintiff Audrey K. Miller ("Plaintiff") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment, entered on September 30, 2019 (ECF No. 96), entering judgment on the Court's Opinion and Order of September 30, 2019 (ECF No. 95), granting Defendant University of Houston-Downtown's Motion for Summary Judgment, and entering judgment on the Court's Case Management Order, entered in this action on January 26, 2016 (ECF No. 24), which dismissed Plaintiff's claims against the Defendant, University of Houston System.

Plaintiff appeals from the above-referenced Final Judgment (ECF No. 96) and Orders (ECF Nos. 95 and 24) and from any orders, rulings, opinions, and/or conclusions of the Court adverse to Plaintiff, including but not limited to: Order Denying Reconsideration entered on February 25, 2016 (ECF No. 32); Order on Production, entered on April 14, 2016 (ECF No. 40), quashing standard discovery and denying Plaintiff's Motion for Leave to Propound Requests for Production, Interrogatories and Requests for Admission; Management Order entered on May 5, 2016 (ECF No. 42); Management Order entered on May 25, 2016 (ECF No. 47); and Management Order, entered on June 30, 2016 (ECF No. 56), denying Plaintiff's motions for discovery.

Respectfully submitted,

_____
Terrence B. Robinson
Fed. Bar No: 14218
Texas Bar No. 17112900
Email: TRobinson@TBRobinsonlaw.com
1616 S. Voss Rd., Suite 870
Houston, Texas 77057
Telephone: (713) 568-1723
Facsimile:  (713) 965-4288
**ATTORNEY IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of October, 2019, a true and correct copy of the foregoing *Notice of Appeal* has been served via the Court's CM/ECF System to all counsel of record.

_____
Terrence B. Robinson