# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                 www.txs.uscourts.gov

November 27, 2024

In re: Miller v. University Of Houston System et al
District Court No.: 4:15−cv−02927
Circuit Court No.: 24−20200

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered or allowed under Fifth Circuit Court Rules. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

Nathan Ochsner, Clerk

By: D. Reyna, Deputy Clerk