# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 16, 2025
Nathan Ochsner, Clerk of Court

No. 24-20200

AUDREY K. MILLER,

*Plaintiff—Appellant,*

*versus*

UNIVERSITY OF HOUSTON SYSTEM; UNIVERSITY OF HOUSTON DOWNTOWN,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2927

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 16, 2025, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

No. 24-20200

By: *Amanda M. Duroncelet*
LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Amanda M. Duroncelet, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 16, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20200   Miller v. University of Houston
                         USDC No. 4:15-CV-2927

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Amanda M. Duroncelet, Deputy Clerk